RECE... N.O.
AMO... T$
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. _____
DATE 1-27-05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| TERRA REALTY TRUST, and ) | |
| HAROLD WOODS INDIVIDUALLY and as ) | **05-40017** |
| TRUSTEE OF THE TERRA REALTY TRUST, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 26 U.S.C. §§ 7401(a) and 7403, with the authorization of a delegate of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this civil action to: (a) reduce to judgment Harold Woods' outstanding unpaid liability for federal internal revenue taxes, plus statutory accruals; (b) establish the validity of the liens of the United States under 26 U.S.C. § 6321 upon all of the property and rights to property of the defendant-taxpayer Harold Woods; (c) foreclose the liens of the United States upon the property and rights to property of the defendant-taxpayer Harold Woods in the real property located at 171 Lancaster Avenue, Lunenburg, MA 01462 (the "Lunenburg Property"); (d) determine the respective interests of the defendants in Lunenburg Property and the relative priority and amount or percentage of distribution that each defendant and the United States shall receive from the proceeds of a Court-ordered sale of said property; and (e) permit a judicial sale of the Lunenburg Property.

For its complaint, the United States alleges that:

## Jurisdiction

1. Jurisdiction over this action is conferred upon the district court by 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402(a) and 7403.

2. The Terra Realty Trust is made a defendant in this action, as required by 26 U.S.C. § 7403(b), for the reason that it alleges that it is the record owner of the Lunenburg Property.

3. Harold Woods alleges that he is a trustee of the Terra Realty Trust. He resides at the Lunenburg Property.

4. As set forth below, a delegate of the Secretary of the Treasury of the United States made assessments against the defendant-taxpayer Harold Woods, for unpaid taxes.

| Period | Type | First Assessment Date | Assessed Amount |
|---|---|---|---|
| 1992 | Form 1040 Income Tax | 12/16/1996 | $80,846.14 |
|  | Trust Fund Recovery Penalty (IRC § 6672) Quarter ending 12/31/1992 | 1/9/1998 | $215,532.81 |
| 1993 | Trust Fund Recovery Penalty (IRC § 6672) Quarter ending 3/31/1993 | 1/9/1998 | $38,158.22 |
|  | Trust Fund Recovery Penalty (IRC § 6672) Quarter ending 12/31/1993 | 1/9/1998 | $11,204.62 |
| 1994 | Form 1040 Income Tax | 11/25/1996 | $21,418.10 |
| 1995 | Form 1040 Income Tax | 12/2/1996 | $4,890.42 |
|  | Trust Fund Recovery Penalty (IRC § 6672) Quarter ending 12/31/1995 | 6/20/2001 | $14,439.75 |
| 1996 | Form 1040 Income Tax | 12/22/1997 | $27,648.27 |

5. Despite notice and demand, the defendant-taxpayer, Harold Woods, has failed, neglected, or refused to pay the amount of the assessments in full, and he remains indebted to the United States of America for unpaid federal taxes and interest in the sum of $675,432.05, as of October 15, 2004 , plus such additional amounts, including interest, which continue to accrue as provided by law.

6. As of the date of each assessment, a lien, in an amount equal to the unpaid assessment, plus interest and other accruals permitted by law, arose in favor of the United States, pursuant to 26 U.S.C. §§ 6321 and 6322, upon all of the property and rights to property of the defendant-taxpayer Harold Woods, including his interest in the Lunenburg Property.

7. The Terra Realty Trust was allegedly formed on September 11, 1986, by William and Marlene Woods, the mother and father of the defendant Harold Woods, naming themselves as trustees.

8. On September 26, 1986, the Terra Realty Trust purportedly acquired the Lunenburg Property, more fully described as follows:

> A certain parcel of land, with the buildings thereon and all the privileges and appurtenances thereto belonging; situated in Lunenburg, Worcester County, Massachusetts on the easterly side of Lancaster Avenue bounded and described as follows:
>
> Beginning at the Northwesterly corner thereof on the Northerly side of the road leading from said Lunenburg to Lancaster at land formerly of John F. Brown;
>
> Thence Easterly Two and Sixteen Hundredths (2.16) rods to a corner;
>
> Thence South 57-1/2 degrees East Twenty-One (21) rods to a corner;
>
> Thence North 62 degrees East Sixty and Sixty Hundredths (60.60) rods to a corner;

Thence South 60 degrees East Sixteen and Seventy-two Hundredths (16.72) rods to a corner;

Thence North 64 degrees East Twenty-four and Sixty-eight Hundredths (24.68) rods to a corner, all by land formerly of John F. Brown;

Thence South 26 degrees East Thirty-three (33) rods to a corner;

Thence South 62 degrees West Sixty-six and Sixty Hundredths (66.60) rods to corner, both by land now or formerly of one Woolredge;

Thence North 26 degrees West Thirty and Thirty-six Hundredths (30.36) rods by land now or formerly of Martin Johnson to a corner;

Thence South 56 degrees West Forty-nine and Eighty Hundredths (49.80) rods by land of said Johnson to a corner;

Thence North 27 degrees West Twenty-three and Eighty Hundredths (23.80) rods by said Johnson Land to a corner;

Thence South 64-1/2 degrees West Ten and Forty Hundredths (10.40) rods by said Johnson's land to said road;

Thence on said road North 8 degrees East Twenty-two and Eighty Hundredths (22.80) rods to the place of beginning.

Containing about Twenty-three (23) acres.

Being the same premises as conveyed to William W. Woods and Marlene B. Woods, as alleged trustees of Terra Realty Trust, by deed dated September 23, 1986, recorded at the Worcester Northern District Registry of Deeds in Book 1505, Page 404.

9.  The Terra Realty Trust held the Lunenburg property in name only, as the nominee of William Woods.

10. On July 5, 1988, Harold Woods, Richard Woods, Julie McKinney and Cinda Wagner (now known as Cinda Wagner-Pittman) were allegedly appointed as additional trustees of the Terra Realty Trust.

4

11. After the death of William Woods, his son, the defendant Harold Woods, moved into the Lunenburg Property sometime in the year 2000 and began to enjoy the benefits and bear the burdens of ownership of that property. As of the date that Harold Woods moved into the Lunenburg Property, he became the actual owner of the property and the United States' federal tax liens against him attached to his interest in the property.

12. The Terra Realty Trust continues to own the Lunenburg Property in name only, as the nominee for the defendant Harold Woods.

WHEREFORE, the United States of America prays:

A. That the Court enter judgment against the defendant-taxpayer Harold Woods, for unpaid federal taxes and interest in the sum of $675,432.05, as of October 15, 2004, plus such additional amounts, including interest, which continue to accrue as provided by law;

B. That the Court determine and adjudge that the United States has valid and subsisting federal tax liens on all property and rights to property of the defendant-taxpayer Harold Woods including his interest in the Lunenburg Property;

C. That the Court order that the federal tax liens for the liabilities of the defendant-taxpayer Harold Woods be foreclosed on the Lunenburg Property, and that said property be sold in a judicial sale, according to law, free and clear, with the net proceeds of the sale, after the satisfaction of the direct costs of sale, to be paid to the United States to be applied to the unpaid tax liabilities of the defendant Harold Woods; and

D.    That the United States shall recover its costs in the action, and be awarded such other and further relief as the court determines is just and proper.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

By: ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019
email: Alejandro.L.Bertoldo@usdoj.gov

05-40017

## CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Alejandro L. Bertoldo, U.S. Dept. of Justice, Tax Division, CTS
555 4th Street, N.W., Rm. 7804, Washington, DC 20001-2733

### DEFENDANTS
TERRA REALTY TRUST, and HAROLD WOODS, INDIVIDUALLY and as TRUSTEE OF the TERRA REALTY TRUST

County of Residence of First Listed Defendant  Worcester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | / ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
26 U.S.C. sections 7401(a) and 7403
Brief description of cause:
obtain judgment for tax liabilities and foreclose liens on property

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 675,432.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE F. Dennis Saylor, IV    DOCKET NUMBER 04-40102

DATE 1-26-05
SIGNATURE OF ATTORNEY OF RECORD /s/ A. Bertoldo

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

05-40017

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) United States of America v. Terra Realty Trust

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [✓] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [✓] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   Harold Woods, et. al. v. Internal Revenue Service, Case No. 04-40102, Judge F. Dennis Saylor, IV

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]
   
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [✓]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [✓]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Alejandro L. Bertoldo, Trial Attorney, U.S. Dept. of Justice, Tax Div., Civil Trial-Northern
ADDRESS P.O. Box 55, Ben Franklin Station, Washington, D.C. 20044
TELEPHONE NO. 202-307-6019

1-26-05

(Coversheetlocal.wpd - 10/17/02)