⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     **MASSACHUSETTS**

UNITED STATES

V.

TERRA REALTY TRUST, and HAROLD WOODS individually and as TRUSTEE OF THE TERRA REALTY TRUST,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   05-40017-FDS

TO: (Name and address of Defendant)

TERRA REALTY TRUST
171 Lancaster Ave.
Lunenburg, MA 01462

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALEJANDRO L. BERTOLDO
U.S. Department of Justice, Tax Division
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE     APR 2 7 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 4/29/2005 |
| NAME OF SERVER (PRINT) Patricia Casey-Ortiz | TITLE Revenue Officer | |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 171 Lancaster Ave. Lunenburg, MA 01462

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/29/2005

Signature of Server

Address of Server: 118 Turnpike Rd, Suite 100, Southboro, MA 01772

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.