UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET 05-40017-FDS

UNITED STATES OF AMERICA
    Plaintiff

v

TERRA REALTY TRUST, AND HAROLD
WOODS INDIVIDUALLY AND AS
TRUSTEE OF THE TERRA REALTLY TRUST
    Defendants

## ANSWER OF HAROLD WOODS IN HIS INDIVIDUAL CAPACITY AND AS A TRUSTEE OF THE TERRA REALTY TRUST

Now comes Harold Woods in his individual capacity and as a trustee of the Terra Realty Trust and answers as follows:

1. The defendant admits
2. The defendant admits.
3. The defendant admits.
4. The defendant admits that such assessments were made, but in doing so does not acknowledge the validity or the accuracy of the assessments themselves.
5. The defendant denies that he has failed, neglected or refused to pay whatever the proper tax assessment may be determined to be, but does admit that there is a substantial tax liability extant, which continues to accrue such interest and penalties as the law provides.

6. The defendant admits that the lien arose in favor of the United States, but denies the assertion that he has an interest in the Lunenburg property.
7. The defendant objects to the allegation that the trust was 'allegedly' formed, but admits to the balance of the paragraph.
8. The defendant admits.
9. The defendant denies.
10. The defendant objects to the allegation that the various persons were 'allegedly' appointed as trustees, but admits to the balance of the paragraph.
11. The defendant denies.
12. The defendant denies.

WHEREFORE the defendant moves the Court determine the amount of taxes owed to the United States by Harold Woods and also determine that he has no interest in the Lunenburg property.

HAROLD WOODS
By his attorney

Nathaniel D. Pitnof
250 Commercial Street, 420
Worcester, MA 01608
508-757-3000