UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 05-40017-FDS |
| | ) |
| TERRA REALTY TRUST, and | ) |
| | ) |
| HAROLD J. WOODS, Individually, | ) |
| as Trustee of the Terra Realty Trust | ) |
| | ) |
| Defendants. | ) |

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)

The parties, through undersigned counsel submit this Joint Statement in accordance with local rule 16.1(d).

Introduction

The United States brought this action to reduce certain tax assessments against Harold J. Woods to judgment and to foreclose its federal tax liens on a piece of real property located in Lunenberg, Massachusetts. The property is titled in the name of the Terra Realty Trust. The United States alleges that the Terra Realty Trust holds title to the property as nominee/alter ego of Harold J. Woods.

Harold J. Woods admits that he does a tax liability, although he is uncertain of the amount. Mr. Woods asserts that he has no interest in the Lunenberg property to which the federal tax liens may attach.

1381246.1

1. Discovery Plan

(a) The parties believe that discovery can be accomplished in a single phase with the limits on discovery events outlined in local rule 26.1(C).

(b) Discovery event deadlines shall be as follows:

(1) Interrogatories and request for document production must be served so as to be responded to no later than March 31, 2006.

(2) Depositions must be completed by June 1, 2004.

2. Motion Schedule

(a) Motions to amend and other non-dispositive motions must be filed by January 31, 2006.  The United States will be filing a motion to amend the complaint to name the remainder of the trustees of the Terra Realty Trust.

(b) All dispositive motions must be filed by July 15, 2006.

3.  Alternative Dispute Resolution

Neither party believes that alternative dispute resolution is feasible in this case at this time.


/s/ Nathaniel D. Pitnof                                    /s/ Stephen J. Turanchik
_____          _____
NATHANIEL D. PITNOF, ESQ.                    STEPHEN J. TURANCHIK, ESQ.
250 Commercial Street, 420                        U.S. Department of Justice
Worcester, MA 01608                                  Tax Division, P.O. Box 55
(508) 757-3000                                              Ben Franklin Station
                                                                      Washington, DC 20044
                                                                      (202) 307-6565