UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>TERRA REALTY TRUST, and<br><br>HAROLD J. WOODS, Individually,<br>as Trustee of the Terra Realty Trust<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-40017-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' MOTION FOR LEAVE TO AMEND COMPLAINT

The United States of America, through undersigned counsel, pursuant to Rules 15 and 19 of the Federal Rules of Civil Procedure, hereby moves this Court for leave to Amend its Complaint to add the following as defendants in this action:

    (1) Richard A. Woods, as Trustee of the Terra Realty Trust;

    (2) Marlene Woods, Trustee of the Terra Realty Trust;

    (3) Julia M. McKinney, Trustee of the Terra Realty Trust; and

    (4) Cinda Wagner-Pittman, Trustee of the Terra Realty Trust.

The ground for this motion is that under Massachusetts law, in order to name a Trust as a party in a lawsuit, all of the Trustees must be named.

Attached to this motion is a memorandum in support of the motion, the Amended Complaint and a proposed order.

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Stephen J. Turanchik
        _____
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6565
        stephen.j.turanchik@usdoj.gov