UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-40017-FDS |
| TERRA REALTY TRUST, and | ) |
| HAROLD J. WOODS, Individually, as Trustee of the Terra Realty Trust | ) |
| Defendants. | ) |

CERTIFICATION UNDER LOCAL RULE 15.1

I certify that I have served copies of the United States' Motion to Amend Complaint, the Memorandum of Law in Support of the Motion and the proposed Amended Complaint upon the following proposed new parties: Richard A. Woods, Marlene Woods, Julia M. McKinney, and Cinda Wagner-Pittman.

/s/ Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

1403822.1