UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> TERRA REALTY TRUST, ) <br> ) <br> HAROLD J. WOODS, Individually, and ) <br> as Trustee of the Terra Realty Trust, ) <br> ) <br> RICHARD A. WOODS, Trustee of the ) <br> Terra Realty Trust, ) <br> ) <br> MARLENE WOODS, Trustee of the ) <br> Terra Realty Trust, ) <br> ) <br> JULIA M. McKINNEY, Trustee of the ) <br> Terra Realty Trust, and ) <br> ) <br> CINDA WAGNER-PITTMAN, Trustee of the ) <br> Terra Realty Trust, ) <br> ) <br> Defendants. ) | Case No. 05-40017-FDS |

## ORDER

The United States of America, having moved pursuant to Rules 15 and 19 of the Federal Rules of Civil Procedure, to amend its Complaint to add necessary parties, the Court being fully apprised of the papers,

1362917.1

IT IS HEREBY ORDERED THAT

1) The United States' Motion for Leave to Amend its Complaint is granted, and

2) The United States' Amended Complaint is deemed filed on this date.

DATE 1/4/06

HON. F. DENNIS SAYLOR
U.S. District Court