UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TERRA REALTY TRUST, )<br>)<br>HAROLD J. WOODS, Individually, and )<br>as Trustee of the Terra Realty Trust, and )<br>)<br>RICHARD A. WOODS, Trustee of the )<br>Terra Realty Trust, )<br>)<br>MARLENE WOODS, Trustee of the )<br>Terra Realty Trust, )<br>)<br>JULIA M. McKINNEY, Trustee of the )<br>Terra Realty Trust, and )<br>)<br>CINDA WAGNER-PITTMAN, Trustee of the )<br>Terra Realty Trust, )<br>)<br>     Defendants. ) | Case No.  05-40017-FDS |

NOTICE OF SUBSTITUTION OF APPEARANCE

Please take notice that Wendy J. Kisch has substituted her appearance for Stephen J.

1

Turanchik on behalf of the Plaintiff, United States of America.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                                BARBARA HEALY SMITH
                                                Assistant United States Attorney

| CERTIFICATE OF SERVICE | /s/ Wendy J. Kisch |
|---|---|
|  | WENDY J. KISCH |
| I hereby certify that this document(s) filed through | Trial Attorney, Tax Division |
| the ECF system will be sent electronically to the | U.S. Department of Justice |
| registered participants as identified on the Notice | Post Office Box 55 |
| of Electronic Filing (NEF) and paper copies | Ben Franklin Station |
| will be sent to those indicated as non registered | Washington, D.C. 20044 |
| participants on September 11, 2006. | Telephone: (202) 307-6553 |
|  | Facsimile: (202) 514-5238 |
| /s/ Wendy J. Kisch | Email: wendy.j.kisch@usdoj.gov |
| Wendy J. Kisch |  |