UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                             )<br>           Plaintiff,                                  )<br>                                                             )<br>     v.                                                   )<br>                                                             )<br>                                                             )<br>TERRA REALTY TRUST,                      )<br>                                                             )<br>HAROLD J. WOODS, Individually, and )<br>as Trustee of the Terra Realty Trust,  and )<br>                                                             )<br>RICHARD A. WOODS, Trustee of the   )<br>Terra Realty Trust,                              )<br>                                                             )<br>MARLENE WOODS, Trustee of the    )<br>Terra Realty Trust,                              )<br>                                                             )<br>JULIA M. McKINNEY, Trustee of the )<br>Terra Realty Trust, and                       )<br>                                                             )<br>CINDA WAGNER-PITTMAN, Trustee of the )<br>Terra Realty Trust,                              )<br>                                                             )<br>           Defendants.                             ) | Case No.  05-40017-FDS |

UNITED STATES' SECOND MOTION FOR LEAVE TO AMEND COMPLAINT

The United States of America, with consent of Harold Woods, and pursuant to Rules 15 and 19 of the Federal Rules of Civil Procedure, hereby moves this Court for leave to Amend its Complaint to add the following as defendants in this action:

(1) Town of Lunenberg; and

(2) Commerce Bank.

The ground for this motion is that the Internal Revenue Code requires all persons who have or may have an interest in property the United States seeks to foreclose, to be named as defendants

2360960.1

in the action.  26 U.S.C. § 7403(b).  Harold Woods, the only defendant that has filed an answer in this case, consents to the relief requested in this motion.

Attached to this motion is a memorandum in support of the motion, the Second Amended Complaint and a proposed order.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Wendy J. Kisch
WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
      Telephone: (202) 307-6553
Facsimile: (202) 514-5238
Email: wendy.j.kisch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

/s/ Wendy J. Kisch
Wendy J. Kisch

2360960.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>TERRA REALTY TRUST, )<br>)<br>HAROLD J. WOODS, Individually, and )<br>as Trustee of the Terra Realty Trust, )<br>)<br>RICHARD A. WOODS, Trustee of the )<br>Terra Realty Trust, )<br>)<br>MARLENE WOODS, Trustee of the )<br>Terra Realty Trust, )<br>)<br>JULIA M. McKINNEY, Trustee of the )<br>Terra Realty Trust, and )<br>)<br>CINDA WAGNER-PITTMAN, Trustee of the )<br>Terra Realty Trust, )<br>)<br>Defendants. ) | Case No. 05-40017-FDS |

ORDER

The United States of America, having moved pursuant to Rules 15 and 19 of the Federal

Rules of Civil Procedure, to file a Second Amended Complaint to add necessary parties, the

Court being fully apprised of the papers, and with no opposition

2688244.1

2

IT IS HEREBY ORDERED THAT

    1) The United States' Second Motion for Leave to Amend its Complaint is granted, and

    2) The United States' Amended Complaint is deemed filed on this date.


DATE                                                              HON. F. DENNIS SAYLOR
                                                                            U.S. District Court