UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-40017-FDS |
| ) | |
| TERRA REALTY TRUST, ) | |
| ) | |
| HAROLD J. WOODS, Individually, and ) | |
| as Trustee of the Terra Realty Trust, and ) | |
| ) | |
| RICHARD A. WOODS, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| MARLENE WOODS, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| JULIA M. McKINNEY, Trustee of the ) | |
| Terra Realty Trust, and ) | |
| ) | |
| CINDA WAGNER-PITTMAN, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM IN SUPPORT OF THE
<u>UNITED STATES' SECOND MOTION FOR LEAVE TO AMEND COMPLAINT</u>

The United States of America, with the consent of Harold Woods, the only defendant that has filed an answer, submits this memorandum of law in support of its second motion for leave to amend complaint.

<u>Background</u>

The United States filed this action on January 27, 2005, to reduce tax assessments against Harold Woods to judgment and to foreclose federal tax liens against real property currently held

2361116.1

in the name of the Terra Realty Trust. On July 28, 2005, the defendant, Harold Woods answered the Complaint. On January 3, 2006, the United States amended its complaint to add the other Trustees of the Terra Realty Trust as defendants. No answers have been filed to the amended complaint. The United States now seeks to amend the complaint to add two parties which have liens filed on the property upon which the United States seeks to foreclose its tax liens.

<u>Argument</u>

Rule 15(a) of the Federal Rules of Civil Procedure provides that if a party has amended its complaint once, it may amend the Complaint "only by leave of Court or by written consent of the adverse party; and leave shall be freely given when justice so requires." In this case, the United States seeks to amend the Complaint to name two lienholders which may have an interest in the property upon which the United States seeks to foreclose its tax liens. The Internal Revenue Code requires "[a]ll persons having liens upon or claiming any interest in the property" to be named as parties in any foreclosure action to collect federal taxes. 26 U.S.C. § 7403(b).

In this case, the United States seeks to reduce certain tax assessments against Harold J. Woods to judgment, and to foreclose federal tax liens against a piece of real property at 171 Lancaster Avenue, Lunenberg, Massachusetts. Commerce Bank have liens filed with the Worcester County Registry of Deeds against the property at issue, but was not previously joined in the action as required by Section 7403(b). In addition, the Town of Lunenberg ahs filed noitc of a lien on the property and, although its joinder is not required by Section 74039b), as it is not a "person," the addition of the Town as a party is, nevertheless, appropriate in order to clear title to the property. Therefore, the United States seeks to add the Town of Lunenberg and Commerce Bank as named defendants in this case.

Harold Woods, the only defendant that has answered the complaint, consents to the relief

2

2361116.1

requested.

## Conclusion

Because the United States is required to name Commerce Bank as a party and because it is also appropriate at this time to join the Town of Lunenberg, the United States should be permitted to amend the Complaint.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Wendy J. Kisch
WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
 Telephone: (202) 307-6553
Facsimile: (202) 514-5238
Email: wendy.j.kisch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007.

/s/ Wendy J. Kisch
Wendy J. Kisch