UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | Case No.  05-40017-FDS |
| ) | |
| TERRA REALTY TRUST,  ) | |
| ) | |
| HAROLD J. WOODS, Individually, and  ) | |
| as Trustee of the Terra Realty Trust,  and  ) | |
| ) | |
| RICHARD A. WOODS, Trustee of the  ) | |
| Terra Realty Trust,  ) | |
| ) | |
| MARLENE WOODS, Trustee of the  ) | |
| Terra Realty Trust,  ) | |
| ) | |
| JULIA M. McKINNEY, Trustee of the  ) | |
| Terra Realty Trust, and  ) | |
| ) | |
| CINDA WAGNER-PITTMAN, Trustee of the  ) | |
| Terra Realty Trust,  ) | |
| ) | |
| Defendants.  ) | |

CONSENT MOTION TO AMEND SCHEDULING ORDER

The United States of America, without objection, moves to amend the scheduling order issued on October 21, 2005 in order to allow the United States to add two necessary parties and to allow the parties to complete discovery.

The United States requests that the scheduling order be amended as follows: (1) discovery shall close on January 7, 2008; and (2) any dispositive motions shall be filed by February 19, 2008.

In support of this motion, the United States relies on its memorandum filed concurrently

with this motion.

                                               Respectfully Submitted,

                                               MICHAEL J. SULLIVAN
                                               United States Attorney

                                               BARBARA HEALY SMITH
                                               Assistant United States Attorney

CERTIFICATE OF SERVICE              /s/ Wendy J. Kisch
                                               WENDY J. KISCH
I hereby certify that this document(s) filed through   Trial Attorney, Tax Division
the ECF system will be sent electronically to the      U.S. Department of Justice
registered participants as identified on the Notice      Post Office Box 55
of Electronic Filing (NEF) and paper copies            Ben Franklin Station
will be sent to those indicated as non registered        Washington, D.C. 20044
participants on August 17, 2007.                               Telephone: (202) 307-6553
                                                      Facsimile: (202) 514-5238
/s/ Wendy J. Kisch                                  Email: wendy.j.kisch@usdoj.gov
Wendy J. Kisch

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)  Case No.  05-40017-FDS<br>TERRA REALTY TRUST,  )<br>)<br>HAROLD J. WOODS, Individually, and  )<br>as Trustee of the Terra Realty Trust,  and  )<br>)<br>RICHARD A. WOODS, Trustee of the  )<br>Terra Realty Trust,  )<br>)<br>MARLENE WOODS, Trustee of the  )<br>Terra Realty Trust,  )<br>)<br>JULIA M. McKINNEY, Trustee of the  )<br>Terra Realty Trust, and  )<br>)<br>CINDA WAGNER-PITTMAN, Trustee of the  )<br>Terra Realty Trust,  )<br>)<br>Defendants.  )  | |

ORDER

The United States of America, having moved to amend the scheduling order issued on October 21, 2005, the Court being fully apprised of the papers, and with no opposition,

IT IS HEREBY ORDERED THAT the scheduling order shall be amended as follows:

(1) discovery shall close on January 7, 2008; and

(2) any dispositive motions shall be filed by February 19, 2008.

_____                    _____
DATE                                                         HON. F. DENNIS SAYLOR
                                                                   U.S. District Court