UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )  | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | |
| )  | Case No.  05-40017-FDS |
| ) | |
| TERRA REALTY TRUST,      ) | |
| ) | |
| HAROLD J. WOODS, Individually, and      ) | |
| as Trustee of the Terra Realty Trust,  and      ) | |
| ) | |
| RICHARD A. WOODS, Trustee of the      ) | |
| Terra Realty Trust,      ) | |
| ) | |
| MARLENE WOODS, Trustee of the      ) | |
| Terra Realty Trust,      ) | |
| ) | |
| JULIA M. McKINNEY, Trustee of the      ) | |
| Terra Realty Trust, and      ) | |
| ) | |
| CINDA WAGNER-PITTMAN, Trustee of the      ) | |
| Terra Realty Trust,      ) | |
| ) | |
| Defendants.      ) | |

MEMORANDUM IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER

The United States of America submits the following memorandum in support of it motion to amend the scheduling order issued on October 21, 2005.  Harold Woods, the only defendant that has filed an answer in this case, has not objection to the relief requested.  In support of this motion, the United States asserts as follows:

1. On January 27, 2005, the United States filed a complaint in this case.

2. On January 3, 2006, the United States filed an amended complaint.

3. Harold Woods filed an answer to the initial complaint.  No answers have yet been

filed to the amended complaint.

4. The parties have worked together and resolved two related cases. *Harold Woods and Richard Woods v. United States*, 04-cv-40102 was terminated on November 17, 2005, because the instant action would resolve the issues in that case. On October 17, 2006, a consent judgment was entered in the civil action *United States v. Richard Woods, as Executor of the Estate of William W. Woods*, 05-cv-40173.

5. The United States and Harold Woods have both served discovery requests upon each other and both are in the process of responding. In addition, the parties have engaged in some informal discovery.

6. Once the written discovery is completed, the parties will determine whether depositions are necessary.

7. The United States has realized that two lienholders were not named as defendants, as either required by 26 U.S.C. § 7403(b), or as appropriate in order to clear title to the property. Accordingly, the United States is filing a motion to amend the complaint, concurrently with this motion.

8. In order to allow the parties time to answer and complete discovery, the United States requests that the Court set a discovery deadline of January 7, 2008.

9. Harold Woods, the only defendant that has filed an answer in this case, has no objection to the relief requested.

    Accordingly, the United States requests that the scheduling order be amended as follows: (1) discovery shall close on January 7, 2008; and (2) any dispositive motions shall be filed by February 19, 2008.

                                                                     Respectfully Submitted,

                                                                     MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

| CERTIFICATE OF SERVICE | /s/ Wendy J. Kisch |
|---|---|
| | WENDY J. KISCH |
| I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 17, 2007. | Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044<br>    Telephone: (202) 307-6553<br>Facsimile: (202) 514-5238<br>Email: wendy.j.kisch@usdoj.gov |
| /s/ Wendy J. Kisch<br>Wendy J. Kisch | |