UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,                             )<br>                                                                         )<br>             Plaintiff,                                               )<br>                                                                         )<br>     v.                                                                )<br>                                                                         )    Case No.  05-40017-FDS<br>                                                                         )<br>TERRA REALTY TRUST,                                     )<br>                                                                         )<br>HAROLD J. WOODS, Individually, and         )<br>as Trustee of the Terra Realty Trust,  and          )<br>                                                                         )<br>RICHARD A. WOODS, Trustee of the            )<br>Terra Realty Trust,                                           )<br>                                                                         )<br>MARLENE WOODS, Trustee of the              )<br>Terra Realty Trust,                                           )<br>                                                                         )<br>JULIA M. McKINNEY, Trustee of the           )<br>Terra Realty Trust,                                           )<br>                                                                         )<br>CINDA WAGNER-PITTMAN, Trustee of the  )<br>Terra Realty Trust,                                           )<br>                                                                         )<br>TOWN OF LUNENBERG,                                )<br>                                                                         )<br>COMMERCE BANK,                                        )<br>                                                                         )<br>             Defendants.                                         ) | |

SECOND AMENDED COMPLAINT

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, pursuant to the provisions of 26 U.S.C. §§ 7401(a) and 7403, with the authorization of a delegate of the Secretary of the Treasury and at the direction of the Attorney General of the United States, brings this civil action to:

(a)     reduce to judgment Harold Woods' outstanding unpaid liability for federal

       internal revenue taxes, plus statutory accruals;

(b)    establish the validity of the liens of the United States under 26 U.S.C. § 6321 upon all of the property and rights to property of the defendant Harold Woods;

(c)    foreclose the liens of the United States upon the property and rights to property of the defendant Harold Woods in the real property located at 171 Lancaster Avenue, Lunenburg, MA 01462 (the "Lunenburg Property");

(d)    determine the respective interests of the defendants in the Lunenburg Property and the relative priority and amount or percentage of distribution that each defendant and the United States shall receive from the proceeds of a Court-ordered sale of said property; and

(e)    permit a judicial sale of the Lunenburg Property.

For its second amended complaint, the United States alleges that:

### Jurisdiction

1.    Jurisdiction over this action is conferred upon the district court by 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a) and 7403.

### Parties

2.    The Terra Realty Trust is made a defendant in this action, as required by 26 U.S.C. § 7403(b), for the reason that it alleges that it is the record owner of the Lunenburg Property.

3.    Harold Woods resides within the jurisdiction of this Court. A document filed with the Worcester County Registry of Deeds on December 11, 1996 lists Harold Woods as one of the Trustees of the Terra Realty Trust. Harold Woods is named in his individual capacity, and in his capacity as Trustee of the Terra Realty Trust.

4. Richard A. Woods resides within the jurisdiction of this Court. A document filed with the Worcester County Registry of Deeds on December 11, 1996 lists Richard A. Woods as one of the Trustees of the Terra Realty Trust.

5. Upon information and belief, Marlene Woods resides within the jurisdiction of this Court. A document filed with the Worcester County Registry of Deeds on December 11, 1996 lists Marlene Woods as one of the Trustees of the Terra Realty Trust.

6. Julia M. McKinney resides in Florida. A document filed with the Worcester County Registry of Deeds on December 11, 1996 lists Julia M. McKinney as one of the Trustees of the Terra Realty Trust.

7. Cinda Wagner-Pittman resides within the jurisdiction of this Court. A document filed with the Worcester County Registry of Deeds on December 11, 1996 lists Cinda Wagner-Pittman as one of the Trustees of the Terra Realty Trust.

8. The Town of Lunenberg has been named as a defendant in this action for the reason that it has, or may claim an interest in the real property upon which the United States seeks to foreclose its liens.

9. Commerce Bank has been named as a defendant in this action pursuant to 26 U.S.C. § 7403(b), for the reason that it has, or may claim an interest in the real property upon which the United States seeks to foreclose its liens.

COUNT I
UNPAID TAXES OF HAROLD WOODS

10. The United States re-alleges paragraphs 1 - 7 as though fully set forth herein.

11. As set forth below, a delegate of the Secretary of the Treasury of the United States made assessments against the defendant-taxpayer Harold Woods, for unpaid taxes.

| Period | Type | First Assessment Date | Assessed Amount |
|---|---|---|---|
| 1992 | Form 1040 Income Tax | 12/16/1996 | $80,846.14 |
| | Trust Fund Recovery Penalty (IRC § 6672) Quarter ending 12/31/1992 | 1/9/1998 | $215,532.81 |
| 1993 | Civil Penalty (IRC § 6672) Quarter ending 3/31/1993 | 1/9/1998 | $38,158.22 |
| | Civil Penalty (IRC § 6672) Quarter ending 12/31/1993 | 1/9/1998 | $11,204.62 |
| 1994 | Form 1040 Income Tax | 11/25/1996 | $21,418.10 |
| 1995 | Form 1040 Income Tax | 12/2/1996 | $4,890.42 |
| | Civil Penalty (IRC § 6672) Quarter ending 12/31/1995 | 6/20/2001 | $14,439.75 |
| 1996 | Form 1040 Income Tax | 12/22/1997 | $27,648.27 |

12. Despite notice and demand, Harold Woods, has failed, neglected, or refused to pay the amount of the assessments in full, and he remains indebted to the United States of America for unpaid federal taxes and interest in the sum of $675,432.05, as of October 15, 2004 , plus such additional amounts, including interest, which continue to accrue as provided by law.

COUNT II
FORECLOSURE OF TAX LIENS AGAINST HAROLD WOODS

13. The United States re-alleges paragraphs 1 - 12 as though fully set forth herein.

14. As of the date of each assessment set forth in paragraph 11, a lien, in an amount equal to the unpaid assessment, plus interest and other accruals permitted by law, arose in favor of

2360950.1

the United States, pursuant to 26 U.S.C. §§ 6321 and 6322, upon all of the property and rights to property of the defendant Harold Woods, including his interest in the Lunenburg Property.

15. The Terra Realty Trust was allegedly formed on September 11, 1986, by William W. Woods and Marlene Woods, the mother and father of the defendant Harold Woods, naming themselves as trustees.

16. On September 26, 1986, the Terra Realty Trust purportedly acquired the Lunenburg Property, more fully described as follows:

> A certain parcel of land, with the buildings thereon and all the privileges and appurtenances thereto belonging; situated in Lunenburg, Worcester County, Massachusetts on the easterly side of Lancaster Avenue bounded and described as follows:
>
> Beginning at the Northwesterly corner thereof on the Northerly side of the road leading from said Lunenburg to Lancaster at land formerly of John F. Brown;
>
> Thence Easterly Two and Sixteen Hundredths (2.16) rods to a corner;
>
> Thence South 57-1/2 degrees East Twenty-One (21) rods to a corner;
>
> Thence North 62 degrees East Sixty and Sixty Hundredths (60.60) rods to a corner;
>
> Thence South 60 degrees East Sixteen and Seventy-two Hundredths (16.72) rods to a corner;
>
> Thence North 64 degrees East Twenty-four and Sixty-eight Hundredths (24.68) rods to a corner, all by land formerly of John F. Brown;
>
> Thence South 26 degrees East Thirty-three (33) rods to a corner;
>
> Thence South 62 degrees West Sixty-six and Sixty Hundredths (66.60) rods to corner, both by land now or formerly of one Woolredge;
>
> Thence North 26 degrees West Thirty and Thirty-six Hundredths (30.36) rods by land now or formerly of Martin Johnson to a corner;
>
> Thence South 56 degrees West Forty-nine and Eighty Hundredths (49.80) rods by land of said Johnson to a corner;

> Thence North 27 degrees West Twenty-three and Eighty Hundredths (23.80) rods by said Johnson Land to a corner;
>
> Thence South 64-1/2 degrees West Ten and Forty Hundredths (10.40) rods by said Johnson's land to said road;
>
> Thence on said road North 8 degrees East Twenty-two and Eighty Hundredths (22.80) rods to the place of beginning.
>
> Containing about Twenty-three (23) acres.
>
> Being the same premises as conveyed to William W. Woods and Marlene B. Woods, as alleged trustees of Terra Realty Trust, by deed dated September 23, 1986, recorded at the Worcester Northern District Registry of Deeds in Book 1505, Page 404.

17. The Terra Realty Trust held the Lunenburg property in name only, as the nominee of William W. Woods during the lifetime of William W. Woods.

18. William W. Woods died in the year 2000.

17. On July 5, 1988, Harold Woods, Richard Woods, Julie McKinney and Cinda Wagner (now known as Cinda Wagner-Pittman) were allegedly appointed as additional trustees of the Terra Realty Trust.

19. A document entitled "Certificate of Appointment as Trustees of Terra Realty Trust" filed with the Worcester County Registry of Deeds, in Book 2947 Page 061, on December 11, 1996 lists the Trustees of the Terra Realty Trust as William W. Woods, Harold Woods a/k/a Harold J. Woods, Julie McKinney, Marlene B. Woods, Richard Woods a/k/a Richard A. Woods, and Cinda E. Pittman f/k/a Cinda Wagner.

20. After the death of William Woods, his son, the defendant Harold Woods, moved into the Lunenburg Property sometime in the year 2000 and began to enjoy the benefits and bear the burdens of ownership of that property. As of the date that Harold Woods moved into the Lunenburg Property, he became the actual owner of the property and the United States' federal tax liens against him attached to his interest in the property.

21. The Terra Realty Trust continues to own the Lunenburg Property in name only, as the nominee for the defendant Harold Woods.

WHEREFORE, the United States of America prays:

A. That the Court enter judgment against the defendant-taxpayer Harold Woods, for unpaid federal taxes and interest in the sum of $675,432.05, as of October 15, 2004, plus such additional amounts, including interest, which continue to accrue as provided by law;

B. That the Court determine and adjudge that the United States has valid and subsisting federal tax liens on all property and rights to property of the defendant- Harold Woods including his interest in the Lunenburg Property;

C. That the Court order that the federal tax liens for the liabilities of the defendant Harold Woods be foreclosed on the Lunenburg Property, and that said property be sold in a judicial sale, according to law, free and clear, with the net proceeds of the sale, after the satisfaction of the direct costs of sale, to be paid to the United States to be applied to the unpaid tax liabilities of the defendant Harold Woods;

D. That the Court determine the respective interests of the defendants in Lunenburg Property and the relative priority and amount or percentage of distribution that each defendant and the United States shall receive from the proceeds of a Court-ordered sale of said property; and

2360950.1

E. That the United States shall recover its costs in the action, and be awarded such other and further relief as the court determines is just and proper.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Wendy J. Kisch
WENDY J. KISCH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6553
Facsimile: (202) 514-5238
Email: wendy.j.kisch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 2, 2007.

/s/ Wendy J. Kisch
Wendy J. Kisch