UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TERRA REALTY TRUST, )<br>)<br>HAROLD J. WOODS, Individually, and )<br>as Trustee of the Terra Realty Trust,  and )<br>)<br>RICHARD A. WOODS, Trustee of the )<br>Terra Realty Trust, )<br>)<br>MARLENE WOODS, Trustee of the )<br>Terra Realty Trust, )<br>)<br>JULIA M. McKINNEY, Trustee of the )<br>Terra Realty Trust, and )<br>)<br>CINDA WAGNER-PITTMAN, Trustee of the )<br>Terra Realty Trust, )<br>)<br>COMMERCE BANK, )<br>)<br>TOWN OF LUNENBURG, )<br>)<br>           Defendants. ) | Case No.  05-40017-FDS<br><br>Judge F. Dennis Saylor IV |

**PLAINTIFF UNITED STATES' NOTICE OF APPEARANCE AND
SUBSTITUTION OF COUNSEL**

Please enter the appearance of Julie C. Avetta, Trial Attorney, Tax Division, United

States Department of Justice, Post Office Box 55, Washington, DC 20044, in substitution of

- 2 -

Wendy J. Kisch, as attorney for the United States in the above-referenced proceeding.

```
I hereby certify that this document filed
through the ECF system will be sent
electronically to the registered participants
as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to
those indicated as non registered
participants on December 21, 2007.
/s/ Julie C. Avetta
```

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*/s/ Julie C. Avetta*
JULIE C. AVETTA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: 202-616-2743
Facsimile: 202-514-5238
Email: Julie.C.Avetta@usdoj.gov