UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.  05-40017-FDS |
| ) | |
| TERRA REALTY TRUST, ) | |
| ) | Judge F. Dennis Saylor IV |
| HAROLD J. WOODS, Individually, and ) | |
| as Trustee of the Terra Realty Trust,  and ) | |
| ) | |
| RICHARD A. WOODS, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| MARLENE WOODS, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| JULIA M. McKINNEY, Trustee of the ) | |
| Terra Realty Trust, and ) | |
| ) | |
| CINDA WAGNER-PITTMAN, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| COMMERCE BANK, ) | |
| ) | |
| TOWN OF LUNENBURG, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND RESCHEDULE STATUS CONFERENCE**

The United States of America, with the consent of counsel for the defendant Harold Woods, hereby moves to reschedule the status conference presently scheduled for January 9, 2008, and to enlarge the time period remaining for discovery.  The parties request that this Court set a discovery deadline of April 18, 2008, and that the status conference be rescheduled to

correspond therewith.

In support of this motion, the parties represent that written discovery has been initiated and is ongoing, and both sides require further time to complete all responses and necessary depositions. Moreover, this case was recently transferred to a new attorney for the United States, who will need additional time to conduct discovery and prepare for trial. Harold Woods, the only defendant that has filed an answer in this case, consents to the relief requested.

Accordingly, the United States requests that this Court continue the status conference currently scheduled for January 9, 2008 and amend the scheduling order as follows: (1) discovery shall close on April 18, 2008; and (2) any dispositive motions shall be filed by May 30, 2008.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*/s/ Julie C. Avetta*
JULIE C. AVETTA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
Telephone: 202-616-2743
Facsimile: 202-514-5238
Email: Julie.C.Avetta@usdoj.gov

```
I hereby certify that this document filed
through the ECF system will be sent
electronically to the registered participants
as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to
those indicated as non registered
participants on December 21, 2007.
/s/ Julie C. Avetta
```