UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 05-40017-FDS |
| ) | |
| TERRA REALTY TRUST, ) | |
| ) | Judge F. Dennis Saylor IV |
| HAROLD J. WOODS, Individually, and ) | |
| as Trustee of the Terra Realty Trust, and ) | |
| ) | |
| RICHARD A. WOODS, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| MARLENE WOODS, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| JULIA M. McKINNEY, Trustee of the ) | |
| Terra Realty Trust, and ) | |
| ) | |
| CINDA WAGNER-PITTMAN, Trustee of the ) | |
| Terra Realty Trust, ) | |
| ) | |
| COMMERCE BANK, ) | |
| ) | |
| TOWN OF LUNENBURG, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF UNITED STATES' MOTION TO DISMISS DEFENDANT COMMERCE BANK**

The United States, by its undersigned counsel and with the consent of defendant Harold Woods, moves this Court pursuant to Rule 21 of the Federal Rules of Civil Procedure to dismiss the defendant Commerce Bank from this action. The basis for this motion is that Commerce Bank has issued a Discharge of Mortgage and Amendment to Mortgage, and as such no longer has, nor claims, an interest in the real property at issue in this lawsuit. This motion incorporates a memorandum in support.

<u>Memorandum In Support of United States' Motion to Dismiss Commerce Bank</u>

A.    Background

1. On January 27, 2005, the plaintiff United States filed this action to reduce to judgment the unpaid assessed federal tax liabilities of defendant Harold Woods, and to foreclose the federal tax liens associated with those assessments against the real property commonly known as 171 Lancaster Avenue, Lunenburg, Massachusetts (the "Lancaster Property"). (<u>See</u> Complaint, dkt. #1.).

2. The United States subsequently amended its complaint to join defendant Commerce Bank as a party to this action pursuant to 26 U.S.C. § 7403(b), for the reason that it appeared to claim an interest in the Lancaster Property by reason of a mortgage recorded on August 4, 1994, with the North Worcester Register of Deeds at Book 2608, Page 274. (<u>See</u> Second Amended Complaint, dkt. #22.).

3. On February 12, 2003, Commerce Bank recorded a Discharge of Real Estate Mortgage and Amendment to Mortgage with the North Worcester Register of Deeds at Book 4574, page 266, thereby discharging the above-mentioned mortgage against, inter alia, the Lancaster Property.

B.    Argument

4. Fed. R. Civ. P. 21 provides, in pertinent part, that parties to an action "may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just."

5. Since defendant Commerce Bank has discharged its mortgage against the Lancaster Property, it has obviated the reason it was made a party to this action under 26 U.S.C. § 7402(b). Accordingly, as defendant Commerce Bank no longer claims an interest in

the Lancaster Property, it should be dismissed from this action.

C.  CONCLUSION

For the foregoing reasons, the United States requests the entry of an order dismissing defendant Commerce Bank from this action. Harold Woods, the only defendant that has filed an answer in this case, consents to the relief requested.

Respectfully submitted,

I hereby certify that this document filed
through the ECF system will be sent
electronically to the registered participants
as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to
those indicated as non registered
participants on May 12, 2008.

/s/ Julie C. Avetta

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Julie C. Avetta*
JULIE C. AVETTA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C.  20044
Telephone: 202-616-2743
Facsimile: 202-514-5238
Email: Julie.C.Avetta@usdoj.gov