IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-40017-FDS |
| ) | |
| TERRA REALTY TRUST, et al., ) | Judge F. Dennis Saylor IV |
| ) | |
| Defendants. ) | |

**UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States, by and through its undersigned counsel, hereby moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, for summary judgment on the first count of its Complaint in this action, on the grounds that there is no genuine dispute of material fact as to the validity or accuracy of the assessments of unpaid federal taxes made against defendant Harold Woods, and defendant Harold Woods cannot meet his burden of proof to show that those assessments are not correct. A memorandum in support of this motion is being filed contemporaneously herewith.

Pursuant to Local Rule 7.1(a)(2), the United States sought concurrence in this motion from counsel for Defendant Harold Woods by telephone. Such concurrence was not forthcoming.

```
I hereby certify that this document filed
through the ECF system will be sent
electronically to the registered participants
as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to
those indicated as non registered
participants on 6/13/08.
/s/ Julie C. Avetta
```

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

　/s/ Julie C. Avetta
JULIE C. AVETTA
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-2743
Facsimile: (202) 514-5238
Email: Julie.C.Avetta@usdoj.gov