UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT        DISTRICT OF MASSACHUSETTS
                                    4:05-cv-40017-FDS


UNITED STATES OF AMERICA
    Plaintiff

v

TERRA REALTY TRUST ET AL
    Defendants

### MOTION OF DEFENDANT HAROLD WOODS TO RESPOND LATE TO THE PLAINTIFF' MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes the defendant Harold Woods and moves the Court allow him to file his opposition to the plaintiff's Motion for Partial Summary Judgment;

And further, if the Court allows this motion, Harold Woods has filed his opposition at the same time as this motion;

And further, Harold Woods does not seek to delay the date scheduled for the hearing of the plaintiff's motion, which is now set for Monday, July 21, 2008 at 2:00 P.M.

Wherefore Harold Woods moves the Court allow him to file his opposition to the Partial Summary Judgment.

                                      HAROLD WOODS
                                      By his attorney
                                      */Nathaniel D. Pitnof/*
                                      Nathaniel D. Pitnof
                                      250 Commercial Street
                                      Worcester, MA 01608
                                      508-757-3000