UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT          DISTRICT OF MASSACHUSETTS
                                      4:05-cv-40017-FDS


UNITED STATES OF AMERICA
    Plaintiff

v

TERRA REALTY TRUST ET AL
    Defendants

### HAROLD WOODS' OPPOSITION TO THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes the defendant Harold Woods and opposes the Motion for Partial Summary Judgment to the extent that the United States seeks to impose tax liability on him as a result of alleged trust fund tax violations;

Harold Woods does not dispute his obligation to the United States for all taxes alleged that he owes other than those founded on alleged trust fund tax violations;

Harold Woods' affidavit, attached to this Opposition, sets out facts that raise a legitimate question as to whether he should be held responsible for the trust fund taxes; and because a factual dispute as to this liability is reasonably raised by Harold Woods' affidavit, summary judgment should be denied and the matter set for a factual hearing on the merits of the United States' allegations in its complaint.

                                        HAROLD WOODS
                                        By his attorney
                                        */Nathaniel D. Pitnof/*
                                        Nathaniel D. Pitnof
                                        250 Commercial Street
                                        Worcester, MA 01608
                                        508-757-3000