AFFIDAVIT IN SUPPORT OF OPPOSITION
TO MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Harold Woods, state under the pains and penalties of perjury that the following information is true and correct according to my knowledge, information and belief, and when based on information and belief I believe it to be true this 10th day of July 2008:

My father started a temporary labor service back in the early 1980's. It was called Work-A-Day of Worcester. At the time I was driving an ice cream truck for a living. He asked me to help him get his business started. I said I would because I wasn't making any money selling ice cream. He said he needed three (3) people to form a corporation and asked if I would be one of the signers. I said fine. He also said he wanted my name on the business so if anything happened to him I would be able to carry on the business. He basically didn't want the business in his own name in case of death or divorce because he had a very volatile relationship with his wife Marlene Woods. He also knew my brother and I also didn't get along with Marlene Woods so he didn't want her to be able to exclude me from the business.  When we started out we would drive into Worcester together at 5AM. We ran some ads for temporary laborers and I would sit in the office taking applications and answering the phones while my father would do sales calls on companies to find work for the laborers. The business grew quickly and soon we had a couple of drivers and eventually some office people.  After not too long he decided to open an office in Fitchburg for his wife Marlene to run. He always had a very volatile relationship with her as did I, especially in the early years. He decided to keep the businesses separate as he knew both sides of the family couldn't work together. She ran Fitchburg with her daughters Cinda Wagner Pittman and Julia McKinney while I worked in the Worcester office with my father. The offices would help each other with filling job openings or finances if need be.  He had the business plan and made all of the decisions as to how the businesses would be run. He, along with his lawyer and accountant made all of the decisions as to employee status and taxes and all that. If my father told me that I needed to sign this paper or that paper for the business I would sign it. As far as Alternative Staffing Inc. specifically, while technically I had the power to make policy decisions because of my status as a corporate officer, I never made any of the policy decisions

as far as temporary worker employee status.  The subject of what power I actually did or didn't have to make policy or overrule anybody on decisions never came up until it became a legal matter. I was just a son believing his father was trying to do everything in his best interest.  Most of the documents with my signature were signed with a signature stamp. As far as my initial investment in the start-up of Alternative Staffing, various members of the family often had to use their own money to cover different costs including covering payroll and purchasing vehicles. If a phone line had to be put in would go in whoever's name was around at the time it was needed. It was just a family operation. My father would have me open most of the bank accounts and his sister, Anne, took care of the bookkeeping because he knew we could be trusted. When he allowed other people access to the bank accounts there was always some form of embezzlement.  My role never changed in any of the corporations.  I was always just a paid employee for the company. I never shared in the profits other than some bonuses when I started doing sales years later.  Every year my father would have his accountant do the taxes for everybody in the family. We would just sign the forms and give them back to him. I didn't really know what any of the numbers meant and I trusted him that they were correct. After the business had been through a few name and personnel changes I started to receive a lot of notices from the IRS saying I owed various amounts. I asked my father about them and he said he and his lawyer and accountant were working to straighten things out. Every time I got a notice from the IRS he had me fax it to his lawyer. Once, his lawyer told me I might indeed be held responsible for this huge Trust Fund Penalty. He said even though we were right, that didn't mean that we would win. I then resigned as a corporate officer but the damage had already been done. We had various hearings and what-not for years with his lawyer representing me. He worked for years trying to straighten this mess out but he died before he could finish. He died in March of 2000 and we closed down the business in April because nobody wanted to inherit the tax mess he had gotten the whole family into. Not intentionally, but that's the way it worked out. The IRS started putting liens on everybody in the family for years before my father died and my father always promised to straighten it out but he got sick and died basically leaving me holding the bag. After my father died his lawyer represented my on the Trust Fund Penalty and I was ruled against at a very preliminary stage. His lawyer told me he

could no longer represent me unless I could show an ability to pay him which I couldn't so I still owe around $800.000 dollars. Most of it is the Trust Fund Penalty that I should not be responsible for in the first place. If not for this Trust Fund Penalty my income taxes could have been paid and I could be a regular tax paying citizen right now. My father thought he was helping me by making me a corporate officer but it just ended up as a total liability. The days of government making sons accountable for the sins of their fathers are supposed to be over but this is exactly the case here. I have been in financial limbo for over 10 years now at the mercy of the IRS. The stress of this matter played a major factor in my wife leaving me and has affected my health. I bleed at every bowel movement I take because of internal hemorrhoids. That has gone on for about two years and the doctors can't come up with anything but stress as a cause. I can't sleep at night and my head constantly feels like it's going to explode worrying about being able to provide for my children. I can't have a bank account, a decent car or any thing of value or the government will take it. I can't get a regular job with the employer knowing that they with have to deal with the extra paper work of withholding pay and just being under the eye of the IRS to make sure they do. I can't have any benefits or work toward saving for retirement. I can only work for myself as a house painter living paycheck to paycheck when I have work which has become very slow it this economy. I just found out that I need a new vehicle because mine is no longer worth fixing and I need $3500.00 in dental work that I will never be able to afford and will probably have to lose the teeth. I had to have fuel assistance for the past two years and have been on public health care because I can't afford insurance. It's costing the tax payers money to cover those costs while the government chases me for money that I have never seen and will never be able to repay. I've basically been sentenced to a life of poverty without ever going to court. The whole family has struggled financially since my father died.

    As far as the Terra Realty Trust property that I am now residing at goes, I will try to explain the situation. After the house remained vacant for almost a year somebody needed to move in because the house was starting to get run down and the insurance would be cancelled unless the property was occupied. My brother Richard was going to move in but he has an autistic son that doesn't do well with change and wouldn't have been comfortable living there. My step mother Marlene's side of the family wouldn't have

allowed or wanted Richard to move in also because there was even less love lost between them and they wouldn't have trusted him to live there. So I agreed to move in on what was supposed to be a temporary basis until we could get the property sold.

There had been absolutely no activity on my personal taxes from the IRS for quite a while and the Terra Realty property couldn't be sold because of all the tax liens on the trustees. My brother Richard then hired a tax lawyer to try to hopefully resolve my problems or at least get the property released so it could be sold and his own children could get the beneficial interest was due them. The lawyer said it would cost about $20,000 and take about a year to resolve. That was six years and about $50,000.00 ago. It has been the government that has been delaying this case by constantly changing lawyers and putting the case off draining my brother financially.  My brother, who was the only one that wasn't in financial trouble when all this began is now deep in debt. My lawyer recently requested an additional retainer so I told him I would probably have to represent myself at this point. He offered to stay on at least to respond to a motion for summary judgment that the Justice Dept. just filed.

My father always believed that real estate was the best investment so that's why he bought the property and wanted to leave it to his grandchildren. He always thought you had an obligation to the next generation and that's why he had me replaced by my children upon their birth.  If the property had sold the profits from the sale would have gone to the children.  When my father tried to sell the property many years before his death the IRS held up the sale because of a question of the actual beneficiaries. They based this on documents mistakenly signed on a bridge loan which named the trustees as beneficiaries. After my lawyer finally resolved that issue by deposing the bank's lawyer (Pam Massad deposition) and getting to admit the papers were drawn up wrong, the government changed its position to say I was now the property owner because I was living up there. It was just luck of the draw that I ended up living in this property. If my brother had moved in what would the governments' position have been? They wouldn't have said that he owned the property just because he lived there like they did with me. The nominee issue is completely wrong because I was never planning on living at this property for long. I was basically forced into it by the government's delays. I never even had the address changed on my license or any other legal documents because I never planned on

staying there.
    The truth is that it is a proper trust that was written up many years before any of the tax troubles arose and William and Marlene's grandchildren should be entitled to their beneficial interest. It's gotten to the point though, where it's actually in the grandchildren's beneficial interest just to have their parents released from the grip of the IRS

                    /s/ HAROLD WOODS